IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

KRESHNIK KAZMAJ,

    Plaintiff,

v.        CASE NO.  4:14-cv-144-MW/CAS

CHARLES CREEL, et al.,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.8, filed June 5, 2014.  No objections have been filed by Petitioner.  This Court notes Petitioner has failed to keep the Clerk advised of his address.  Accordingly,

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted** as this Court's opinion.

1

The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, filed pursuant to 28 U.S.C. § 2241 is **dismissed as moot**."  The Clerk shall close the file.

**SO ORDERED on July 7, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
